1   Fred W. Schwinn (SBN 225575)
    fred.schwinn@sjconsumerlaw.com
2   Jovanna R. Longo (SBN 251491)
    jovanna.longo@sjconsumerlaw.com
3   CONSUMER LAW CENTER, INC.
    12 South First Street, Suite 1014
4   San Jose, California  95113-2418
    Telephone Number: (408) 294-6100
5   Facsimile Number: (408) 294-6190

6   Attorneys for Plaintiff
    GRAHAM TOEWS

7

ADR    E-FILING

ORIGINAL FILED

JUN - 5 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

8

9           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11  GRAHAM TOEWS,                        Case No.

12                          Plaintiff,   C08   02822

13  v.                                   COMPLAINT

14  CLIENT SERVICES, INC., a Missouri    DEMAND FOR JURY TRIAL   RMW
    corporation,
15                                       15 United States Code § 1692 et seq.
                            Defendant.   California Civil Code § 1788 et seq.   H R L
16

17          Plaintiff, GRAHAM TOEWS (hereinafter "Plaintiff"), based on information and

18  belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff

19  or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

20                            **I. INTRODUCTION**

21          1.     This is an action for statutory damages, attorney fees and costs brought by an

22  individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

23  § 1692, et seq. (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act,

24  California Civil Code § 1788 et seq. (hereinafter "RFDCPA") which prohibit debt collectors from

25  engaging in abusive, deceptive and unfair practices.

26                            **II. JURISDICTION**

27          2.     Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

28  1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

1    Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

2        3.    This action arises out of Defendant's violations of the Fair Debt Collection

3    Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

4                              **III.  VENUE**

5        4.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in

6    that a substantial part of the events or omissions giving rise to the claim occurred in this judicial

7    district.  Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the

8    Defendant transacts business in this judicial district and the violations of the FDCPA complained

9    of occurred in this judicial district.

10                          **IV.  INTRADISTRICT ASSIGNMENT**

11       5.    This lawsuit should be assigned to the San Jose Division of this Court because

12   a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

13   County.

14                              **V.  PARTIES**

15       6.    Plaintiff, GRAHAM TOEWS (hereinafter "Plaintiff"), is a natural person

16   residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of 15

17   U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

18       7.    Defendant, CLIENT SERVICES, INC. (hereinafter "CLIENT SERVICES"),

19   is a Missouri corporation engaged in the business of collecting debts in this state with its principal

20   place of business located at: 3451 Harry S. Truman Boulevard, St. Charles, Missouri  63301.

21   CLIENT SERVICES may be served at the address of its Registered Agent:  Client Services, Inc.,

22   c/o Daniel K. Barklage, 211 North Third Street, St. Charles, Missouri  63301.  The principal

23   business of CLIENT SERVICES is the collection of debts using the mails and telephone, and

24   CLIENT SERVICES regularly attempts to collect debts alleged to be due another.  Defendant is a

25   "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

26                          **VI.  FACTUAL ALLEGATIONS**

27       8.    On a date or dates unknown to the Plaintiff, Plaintiff is alleged to have

28   incurred a financial obligation (hereinafter "the alleged debt").  The alleged debt was incurred

-2-
COMPLAINT

1    primarily for personal, family or household purposes and is therefore a "debt" as that term is defined

2    by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code §

3    1788.2(f).

4            9.     Sometime thereafter on a date unknown to the Plaintiff, the alleged debt was

5    consigned, placed or otherwise transferred to Defendant for collection from the Plaintiff.

6           10.    Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which

7    is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

8           11.    A true and accurate copy of the collection letter from Defendant to Plaintiff

9    is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

10           12.    The collection letter (Exhibit "1") is dated May 8, 2007.

11           13.    The collection letter (Exhibit "1") was the Defendant's first written notice

12    initially addressed to the Plaintiff in connection with collecting the alleged debt.

13           14.    On or about June 5, 2007, Plaintiff mailed a letter to Defendant which stated:

14    "please be advised that I dispute this debt and refuse to pay."

15           15.    A true and accurate copy of the Plaintiff's letter disputing the alleged debt and

16    refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is

17    incorporated herein.

18           16.    On or about June 7, 2007, an employee of the Defendant recorded the

19    following message on the Plaintiff's answering machine:

20           Please return a call to 1-800-521-3236.  Thank you.

21           17.    Thereafter, Defendant sent a second collection letter (Exhibit "3") to Plaintiff

22    which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

23    1692a(2).

24           18.    A true and accurate copy of the second collection letter from Defendant to

25    Plaintiff is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

26           19.    The collection letter (Exhibit "3") is dated June 8, 2007.

27           20.    Defendant received Plaintiff's letter disputing the alleged debt and refusing

28    to pay the alleged debt (Exhibit "2") on or about June 9, 2007.

1        21.    A true and accurate copy of the USPS Tracking Report and Certified Mail

2  Return Receipt evidencing Defendant's receipt of Plaintiff's letter disputing the alleged debt and

3  refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "4," and by this

4  reference is incorporated herein.

5        22.    After receiving Plaintiff's letter notifying Defendant of his refusal to pay the

6  alleged debt (Exhibit "2"), Defendant continued to communicate with Plaintiff in an attempt to

7  collect the alleged debt.

8        23.    Defendant sent third collection letter (Exhibit "5") to Plaintiff which is a

9  "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

10       24.    A true and accurate copy of the third collection letter from Defendant to

11  Plaintiff is attached hereto, marked Exhibit "5," and by this reference is incorporated herein.

12       25.    The collection letter (Exhibit "5") is dated August 6, 2007.

13       26.    On or about September 11, 2007, Defendant's employee recorded the

14  following message on the Plaintiff's answering machine:

15       Uh, yeah, Graham, this is, uh, Gregory Bird. B-I-R-D. It's very important you call
        me as soon as you get this message. 1-800-521-3236. 1-800-521-3236. This is one
16       of several messages I've left for you, Graham, it's very important that you
        acknowledge this call and contact me.

17

18       27.    On or about September 15, 2007, Defendant's employee recorded the

19  following message on the Plaintiff's answering machine:

20             1-800-521-3236. Thank you.

21       28.    On or about September 19, 2007, Defendant's employee recorded the

22  following message on the Plaintiff's answering machine:

23       Hi, this message is for Graham Toews. Graham, my name is April Lynn. Um, I do
        need to get in touch with you as soon as possible about a personal business matter.
24       Uh, Graham, this is not a telemarketing call. Um, my call back number is 1-800-
        521-3236 extension 3840. Graham, I hope you have a wonderful evening.

25

26       29.    On or about September 20, 2007, Defendant's employee recorded the

27  following message on the Plaintiff's answering machine:

28       Hi, this message is for Graham Toews. Graham, my name is April Lynn. Um, I do

1   need to get in touch with you as soon as possible about a personal business matter.
2   Uh, Graham, this is not a telemarketing call. Um, my call back number is 1-800-521-3236 extension 3840. Graham, I hope you have a wonderful evening.

3         30.    On or about October 16, 2007, Defendant's employee recorded the following

4   message on the Plaintiff's answering machine:

5                       1-800-521-3236. Thank you.

6         31.    Defendant's answering machine messages were each a "communication" in

7   an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

8         32.    Defendant failed to disclose Defendant's identity and the nature of

9   Defendant's business in each of the answering machine messages, in violation of 15 U.S.C. §

10  1692d(6) and Cal. Civil Code § 1788.11(b). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.

11  Supp. 2d 1104, 1112 and 1118 (C.D. Cal. 2005).

12        33.    Defendant failed to disclose that each of the answering machine messages

13  were communications from a debt collector, in violation of 15 U.S.C. § 1692e(11). See

14  *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. Cal. 2005); *Foti v. NCO

15  Financial Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

16        34.    Plaintiff is informed and believes, and thereon alleges, that Defendant

17  recorded similar answering machine message to more than 40 persons in California, in the one year

18  preceding the filing of this Complaint. Plaintiff may seek to amend to add class allegations at a later

19  date.

20  **VII. CLAIMS**

21  **FAIR DEBT COLLECTION PRACTICES ACT**

22        35.    Plaintiff brings the first claim for relief against Defendant under the Federal

23  Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

24        36.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

25  through 34 above.

26        37.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. §

27  1692a(3).

28        38.    Defendant, CLIENT SERVICES, is a "debt collector" as that term is defined

1    by the FDCPA, 15 U.S.C. § 1692a(6).

2         39.    The financial obligation allegedly owed by Plaintiff is a "debt" as that term

3    is defined by the FDCPA, 15 U.S.C. § 1692a(5).

4         40.    Defendant's answering machine messages described above violate the

5    FDCPA. The violations include, but are not limited to, the following:

6              a.    Defendant failed to disclose Defendant's identity and the nature of

7                   Defendant's business, in violation of 15 U.S.C. § 1692d(6);

8              b.    Defendant failed to disclose that the communications were from a

9                   debt collector, in violation of 15 U.S.C. § 1692e(11).

10        41.    Defendant has further violated the FDCPA in the following respects:

11             a.    Defendant continued to communicate with Plaintiff after receiving a

12                  written notification that Plaintiff refused to pay the debt being

13                  collected, in violation of 15 U.S.C. § 1692c(c).

14        42.    Defendant's acts as described above were done intentionally with the purpose

15    of coercing Plaintiff to pay the alleged debt.

16        43.    As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an

17    award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

18              **ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

19        44.    Plaintiff brings the second claim for relief against Defendant under the

20    Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

21        45.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

22    through 43 above.

23        46.    Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

24    § 1788.2(h).

25        47.    Defendant, CLIENT SERVICES, is a "debt collector" as that term is defined

26    by the RFDCPA, Cal. Civil Code § 1788.2(c).

27        48.    The financial obligation allegedly owed by Plaintiff is a "consumer debt" as

28    that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

1    49.    Defendant's answering machine messages described above violate the

2    RFDCPA. The violations include, but are not limited to, the following:

3        a.    Defendant failed to disclose Defendant's identity and the nature of

4            Defendant's business, in violation of 15 U.S.C. § 1692d(6), as

5            incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code §

6            1788.11(b);

7        b.    Defendant failed to disclose that the communications were from a

8            debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated

9            by Cal. Civil Code § 1788.17.

10    50.    Defendant has further violated the RFDCPA in the following respects:

11        a.    Defendant continued to communicate with Plaintiff after receiving a

12            written notification that Plaintiff refused to pay the debt being

13            collected, in violation of 15 U.S.C. § 1692c(c), as incorporated by

14            Cal. Civil Code § 1788.17.

15    51.    Defendant's acts as described above were done willfully and knowingly with

16    the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

17    1788.30(b).

18    52.    As a result of Defendant's willful and knowing violations of the RFDCPA,

19    Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars

20    ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

21    53.    As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to

22    an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil

23    Code § 1788.17.

24    54.    As a result of Defendant's violations of the RFDCPA Plaintiff is entitled to

25    an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and

26    15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

27    55.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

28    RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

1     that the Plaintiff may have under any other provision of law.

2

## VIII. REQUEST FOR RELIEF

3     Plaintiff requests that this Court:

4     a.    Assume jurisdiction in this proceeding;

5     b.    Declare that Defendant's answering machine messages violated the Fair Debt

6           Collection Practices Act, 15 U.S.C. §§ 1692d(6) and 1692e(11);

7     c.    Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §

8           1692c(c);

9     d.    Declare that Defendant's answering machine messages violated the Rosenthal Fair

10          Debt Collection Practices Act, Cal. Civil Code §§ 1788.11(b) and 1788.17;

11     e.    Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act,

12          Cal. Civil Code § 1788.17;

13     f.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to

14          15 U.S.C. § 1692k(a)(2)(A);

15     g.    Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than

16          $1,000 pursuant to Cal. Civil Code § 1788.30(b);

17     h.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to

18          15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

19     i.    Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15

20          U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

21     j.    Award Plaintiff such other and further relief as may be just and proper.

22

23                            CONSUMER LAW CENTER, INC.

24

25                     By: /s/ Jovanna R. Longo
                           Jovanna R. Longo

26                            Fred W. Schwinn
                           Attorneys for Plaintiff

27                            GRAHAM TOEWS

28

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, GRAHAM TOEWS, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

**CLIENT SERVICES, INC.**
3451 HARRY TRUMAN BLVD
ST CHARLES, MO  63301-4047
636-947-2321 or 800-521-3236

05/08/2007

010868**105**025*****MIXED AADC 630
GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745

**REFERENCE NO.**

6781183

Il.lmil.lmll.ll.lll.m.l.ll.m.l.l.ll.l.ll.l.ml.l.l.ll

RE:FIRESTONE AT CFNA
BALANCE DUE:  $851.88

The above account has been placed with our firm for payment in full.

You may communicate with us in writing at the above address or by calling us at our toll free number, **800-521-3236**.

GENE READ

This communication is from a professional debt collection agency.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practice Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than an attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-Help or www.ftc.gov

EXHIBIT
1

809-CA1104





P.O. BOX 1000
ST. PETERS, MO 63376-0028
ADDRESS SERVICE REQUESTED

PERSONAL AND CONFIDENTIAL

# REFUSE TO PAY LETTER

Client Services, Inc
Collection Agency's Name

3451 Harry Truman Bl
Collection Agency's Address

St Charles, MO 63301-4047

6/5/07
Today's Date

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

7005 3110 0000 4788 1496
Tracking Number

Re: Account No. 6781183

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Sign your name here

Graham Toews
Print your name here

893 Lenzen Av #202
Print your address here

San Jose, CA 95126



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  5.21  06/06/2007 |

Sent To
Client Services, Inc
Street, Apt. No.; or PO Box No. 3451 Harry Truman Bl
City, State, ZIP+4 St Charles, MO 63301-4047

PS Form 3800, June 2002                    See Reverse for Instructions

7005 3110 0000 4788 1496

**CLIENT SERVICES, INC.**
3451 HARRY TRUMAN BLVD
ST CHARLES, MO  63301-4047
636-947-2321 or 800-521-3236


05/08/2007


010868**105**025*****MIXED AADC 630
GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745

**REFERENCE NO.**

6781183

Ilduabliuullulullluuddluubldulddulduulduhll


RE:FIRESTONE AT CFNA
BALANCE DUE:  $851.88

The above account has been placed with our firm for payment in full.

You may communicate with us in writing at the above address or by
calling us at our toll free number, **800-521-3236**.


GENE READ

This communication is from a professional debt collection agency.

This is an attempt to collect a debt.  Any information obtained will
be used for that purpose.  Unless you notify this office within 30
days after receiving this notice that you dispute the validity of
the debt or any portion thereof, this office will assume this debt
is valid.  If you notify this office in writing within 30 days from
receiving this notice, that the debt, or any portion thereof is
disputed, this office will obtain verification of the debt or obtain
a copy of a judgment and mail you a copy of such judgment or
verification.  If you request this office in writing within 30 days
after receiving this notice, this office will provide you with the
name and address of the original creditor, if different from the
current creditor.

The state Rosenthal Fair Debt Collection Practices Act and the
Federal Fair Debt Collection Practice Act requires that, except
under unusual circumstances, collectors may not contact you before 8
a.m. or after 9 p.m. They may not harass you by using threats of
violence or arrest or by using obscene language. Collectors may not
use false or misleading statements or call you at work if they know
or have reason to know that you may not receive personal calls at
work. For the most part, collectors may not tell another person,
other than an attorney or spouse, about your debt. Collectors may
contact another person to confirm your location or enforce a
judgment. For more information about debt collection activities, you
may contact the Federal Trade Commission at 1-877-FTC-Help or
www.ftc.gov

809-CA1104

# CLIENT SERVICES, INC.
3451 HARRY TRUMAN BLVD
ST CHARLES, MO 63301-4047
636-947-2321 or 800-521-3236

06/08/2007

013264**001**037*****MIXED AADC 630
GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745

**REFERENCE NO.**

6781183

Ililadlimilalihiliimililimilalalalidimhilihili

RE:FIRESTONE AT CFNA
BALANCE DUE:  $851.88

As stated in our previous correspondence, the above account was assigned to us by your creditor for payment in full.

Either remit the balance due immediately or phone us to make suitable arrangements. Our toll free number is 1-800-521-3236

Sincerely,

GREGORY BIRD

This communication is from a professional debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.


EXHIBIT
3



FIRST CLASS

P.O. BOX 1588
ST. PETERS, MO 63376-0028
ADDRESS SERVICE REQUESTED

PERSONAL AND CONFIDENTIAL



02D0E241 95124





 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0000 4788 1496
Status: **Delivered**

Your item was delivered at 11:36 am on June 09, 2007 in SAINT
CHARLES, MO 63301. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Client Service, Inc.
3451 Harry Truman Bl
St Charles, MO 63301-
4047

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Shauna Mohr   6-9-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☒ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)      7005 3110 0000 4788 1496

PS Form 3811, February 2004        Domestic Return Receipt          102595-02-M-1540

---

**EXHIBIT**

**4**



# CLIENT SERVICES, INC.
3451 HARRY S. TRUMAN BLVD.
ST. CHARLES, MO   63301
636-947-2321

08-06-07

REFERENCE NO.
6781183

GRAHAM TOEWS
893 LENZEN AVE
APT 202
SAN JOSE CA 95126

RE:  FIRESTONE AT CFNA
BALANCE DUE:  $851.88

The documents you requested for the above account are
enclosed.  Please remit balance due or contact us at
1-800-521-3236 to make suitable arrangements for
handling this obligation.

Sincerely,

GREGORY BIRD

This communication is from a professional debt collection agency.
This is an attempt to collect a debt.  Any information obtained
will be used for that purpose.

ENC



EXHIBIT
5

781183-413

PAGE  1

E06/26/07                          560819838

TEMP: DAWN BDR FOR JK NEED TKT

ACCT: 560819838     PRIV ID: 310859638    PL: E
      GRAHAM         TOEWS
      **JK 893 LENZEN AVE
      APT 202
      SAN JOSE      CA 95126-2732-99

DESIGN CD: WHEEL WORKS   CARD STAT: CFNA 022446 0327 CYCLE: 025  OPEN: 02/19/04

BALANCE:     $851.88
CHARGE OFF:  DT: 00/00/00 PLCD:      .00    RCVD:        .00

| TYPE | DATE | STORE | TICKET | AMOUNT | FC | INS/DP | P/A | P/D | BALANCE |
|------|------|-------|--------|--------|-----|--------|-----|-----|---------|
| STMT | 05/25/07 | | | | .00 | .00 | 34.00 | 323.00 | 851.88 |
| STMT | 04/25/07 | | | | 16.33 | .00 | 34.00 | 289.00 | 851.88 |
| STMT | 03/25/07 | | | | 15.65 | .00 | 66.00 | 223.00 | 835.55 |
| LPF | 03/25/07 | | | 33.00 | LATE PAYMENT FEE | | | | |
| STMT | 02/25/07 | | | | 14.97 | .00 | 64.00 | 159.00 | 786.90 |
| LPF | 02/25/07 | | | 33.00 | LATE PAYMENT FEE | | | | |
| STMT | 01/25/07 | | | | 15.82 | .00 | 63.00 | 96.00 | 738.93 |
| LPF | 01/25/07 | | | 33.00 | LATE PAYMENT FEE | | | | |
| CASH | 01/26/07 | 19003 | 211969 | 50.00- | | | | | |
| CASH | 01/11/07 | 19003 | 161743 | 50.00- | | | | | |
| STMT | 12/25/06 | | | | 15.47 | .00 | 65.00 | 131.00 | 790.11 |
| LPF | 12/25/06 | | | 33.00 | LATE PAYMENT FEE | | | | |
| CASH | 12/19/06 | 19003 | 275128 | 20.00- | | | | | |
| STMT | 11/25/06 | | | | 29.82 | .00 | 63.00 | 88.00 | 761.64 |
| LPF | 11/25/06 | | | 33.00 | LATE PAYMENT FEE | | | | |
| STMT | 10/25/06 | | | | .00 | .00 | 61.00 | 27.00 | 698.82 |
| LPF | 10/25/06 | | | 33.00 | LATE PAYMENT FEE | | | | |
| STMT | 09/25/06 | | | | .00 | .00 | 27.00 | .00 | 665.82 |
| 90DA | 09/21/06 | 240722 | 3434920 | 551.74 | WHEEL WORKS | | | | |
| CASH | 09/15/06 | 19003 | 104347 | 10.00- | | | | | |
| STMT | 08/25/06 | | | | .00 | .00 | 10.00 | .00 | 124.08 |

RECEIVED JUL 2 5 2007

# WHEEL WORKS

09/21/06  13:16:45
TRANSACTION #: IN34036731
Created From: 34033492
Created By: 017

*6/26 Attn: Dawn to pages*

TOEWS, GRAHAM
893 LENZEN AVE
SAN JOSE, CA 95126
HOME: 4082963874
WORK: 0
ACCOUNT #: 3246255

VEH: 96 NISSAN/DATSUN SENTRA
LICENSE: 3LJT358
MILEAGE: 182569
VIN/STOCK:
PO#:

*678 1183-413*

| QTY | STOCK NUMBER | DESCRIPTION | EACH | EXTENSION |
|---|---|---|---|---|
| | COMMENTS | Invoice Comments | 0.00 | 0.00 |
| 1 | | LEFT FRONT STRUT BOTTOMS OUT FRONT STRUT | 0.00 | 0.00 |
| 1 | | DONE HERE LAST YEAR | 0.00 | 0.00 |
| 1 | | RECOMMEND BOTH INNER TIERODS | 0.00 | 0.00 |
| 1 | | RECOMMEND FRONT ENGINE MOUNT | 0.00 | 0.00 |
| 0 | | The following parts and/or labor were | 0.00 | 0.00 |
| 0 | | installed/performed for the following re | 0.00 | 0.00 |
| 0 | | PREVENTIVE MAINTENANCE | 0.00 | 0.00 |
| 0 | y | | 20.00 | 20.00 |
| 1 | APART | ANTIFREEZE | 0.00 | 0.00 |
| 1 | L3999 | CHECK L/F STRUT FOR PROB | 59.89 | 59.89 |
| 1 | L3999 | DRAIN & FILL RADIATOR | 98.95 | 98.95 |
| 1 | APART | L/F LOWER B-JOINT 505 116 | 98.95 | 98.95 |
| 1 | APART | R/F LOWER B-JOINT 1185 | 95.00 | 285.00 |
| 3 | L3999 | R & R FRNT LOWER BALLJOIN | 0.00 | 0.00 |
| 0 | | | 0.00 | 0.00 |
| 0 | Customer in | Male: | 0.00 | 0.00 |
| 9 | | | 10.90 | -10.90 |
| -1 | DISC-CFNA-TAX | CFNA Instant Savings-Taxe | 17.24 | -17.24 |
| -1 | DISC-CFNA-NOTA | CFNA Instant Savings-NoTa | 28.14 | 0.00 |
| 0 | TOTAL SAVED | CFNA Instant Savings | 0.00 | 0.00 |
| 0 | Applies only if | paid using BF card | 0.00 | 0.00 |
| 1 | TORQUE WHEEL | 87 lb-ft | 0.00 | 0.00 |
| 1 | CHK WHL TORQUE | 87 lb-ft | 0.00 | 0.00 |
| 1 | TIRE PRESSURE | Front 32/Rear 32 psi | 0.00 | 0.00 |

RECEIVED JUL 2 5 2007

| | | | TOTAL : | 551.74 |
|---|---|---|---|---|

| CASH : | 0.00 | CHECK : | 0.00 | CREDIT CARD : | 551.74 |
|---|---|---|---|---|---|
| CHARGE : | 0.00 | COUPON : | 0.00 | DEPOSIT APPLIED : | 0.00 |

Page 1

678 1183-413

# 0731

WHEEL WORKS/TIRES PLUS
1833 THE ALAMEDA
SAN JOSE CA  95126
(408) 971-9988

7:14 PM  09/21/06

A. 589409560019038

TICKET# 343492 PAYMENT TYPE 9

SALE TERM# 0001

REF# 004 AP#09051

AMOUNT    $551.74

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

X
TOP-MER/BOTTOM-CUSTOMER

RECEIVED JUL 2 5 2007

# WHEEL WORKS

923 THE ALAMEDA
SAN JOSE, CA 95126

Invoice
09/21/2006 19:13 017
TRANSACTION #: 1N34030731
**Original**
Created From #: 34032492

6781 183-913

TOEWS, GRAHAM
893 LENZEN AVE
SAN JOSE, CA 95126
H: (408)295-3874  W: (   )   -
ACCOUNT# 3847255

YEAR: 96 NISSAN/DATSUN SENTRA
LICENSE: 3LJT358
MILEAGE: 185569
VIN/STOCK:
PO#:

| QTY | STOCK NUMBER | DESCRIPTION | PARTS | LABOR/OTHER | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | COMMENTS | Invoice Comments | | | |
| 1.0 | LEFT FRONT STRUT BOTTOMS OUT FRONT STRUTS | | | | |
| 1.0 | DONE HERE LAST YEAR | | | | |
| 1.0 | RECOMMEND BOTH INNER TIERODS | | | | |
| 1.0 | RECOMMEND FRONT ENGINE MOUNT | | | | |
| | | The following parts and/or labor were installed/performed for the following r& | | | |
| | | PREVENTIVE MAINTENANCE | | | |
| 1.0 | CAPART | ANTIFREEZE | 20.00 | | 20.00 |
| 1.0 | CL3999 | CHECK L/F STRUT FOR PROB | | 59.89 | 59.89 |
| 1.0 | CL3999 | DRAIN & FILL RADIATOR | | | |
| 1.0 | CAPART | L/F LOWER B-JOINT 505 176 | 98.95 | | 98.95 |
| 1.0 | CAPART | R/F LOWER B-JOINT 1185 | 98.95 | | 98.95 |
| 2.0 | CL3999 | R & R FRNT LOWER BALLJOIN | | 95.00 | 295.00 |
| | | Customer Initials: | | | |
| -1.0 | DISC-CFWR-TAX | CFWR Instant Savings-Taxe | | 10.90 | -10.89 |
| -1.0 | DISC-CFWR-NOTAX | CFWR Instant Savings-NoTa | | 17.24 | -17.24 |
| | | TOTAL SAVED  CFWR Instant Savings        DO3 | | 28.14 | |
| | | Applies only if paid using WF card        DO2 | | | |
| 1.0 | TORQUE WHEELS | 87 lb-ft | | | |
| 1.0 | LUGS WHL TORQUE | 87 lb-ft | | | |
| 1.0 | TIRE PRESSURE | Front 30/Rear 32 psi | | | |

**CAUTION: If your car has aftermarket alloy, mag or aluminum wheels, you must recheck the lug nuts on each wheel after 20 miles.**

**By signing below, I acknowledge this was mailed that I must recheck all the vehicle's lug nuts after 20 miles and understand proper checking the lug nuts.**

RECEIVED JUL 25 2007

Total Parts 217.78 Labor 314.79

A.B.C.D  W.I.B.O

| ORIGINAL ESTIMATE | REVISED ESTIMATE | | TOTAL PARTS AND LABOR | 534.66 |
|---|---|---|---|---|
| ORIGINAL ESTIMATE | ADDITIONAL COSTS | | SALES TAX | 17.08 |
| REVISED ESTIMATE | REASON | | FINAL INVOICE | |
| AUTHORIZED | | | | |
| BY | IN PERSON  PHONE | | | |
| DATE  TIME  CALLED BY  PHONE NO. | | | | |

# WHEEL WORKS

1033 THE ALAMEDA
SAN JOSE, CA 95126
PHONE:(408)971-2900

BAR: AFR16656
EPA: CAL 000224844

Work Order due 0/00,12:00a
09/21/2006 16:15
TRANSACTION #: W034033492
**Reprint**
Created From #: 24031694

| | |
|---|---|
| TOEWS, GRAHAM<br>893 LENZEN AVE<br>SAN JOSE, CA 95126<br>H:(408)295-3874 W:( ) - 0<br>ACCOUNT# 3249235 | VEH: 84 NISSAN/DATSUN SENTRA<br>LICENSE: 3LJT258<br>MILEAGE: 108549<br>VIN/STOCK:<br>PO#: |

| QTY | STOCK NUMBER | DESCRIPTION | PARTS | LABOR/OTHER | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | COMMENTS | Invoice Comments | | | |
| 1.0 | | LEFT FRONT STRUT BOTTOMS OUT FRONT STRUTS | | | |
| 1.0 | | DONE HERE LAST YEAR | | | |
| | | The following parts and/or labor are recomended for the following reason:<br>PREVENTIVE MAINTENANCE | | | |
| 1.0 | APART | ANTIFREEZE | 20.00 | | 20.00 |
| 1.0 | L3999 | CHECK L/F JOINT FOR PROB | | .59.89 | |
| 1.0 | L3999 | DRAIN & FILL RADIATOR | 98.99 | 59.89 | 59.89 |
| 1.0 | APART | L/F LOWER B-JOINT #3186 | 98.99 | | 98.99 |
| 1.0 | APART | R/F LOWER B-JOINT #3186 | 98.99 | | 98.99 |
| 3.0 | L3999 | R & R FRNT LOWER BALLJOIN | | 95.00 | 285.00 |

Customer Initials:

Wheel Torque _____ Ft/Lbs

Tech. # _____ 083 _____ Signature _____

Check Wheel Torque _____ Ft/Lbs

Tech. # _____ 2M _____ Signature _____

Sales # _____ 017 _____ Signature _____

Air Pressure Front _____ 32 _____ Rear _____ Rr _____

Tech. # _____ 083 _____ Signature _____

RECEIVED JUL 2 5 2007

| | | |
|---|---|---|
| 19:52 | W I<br>B O | Total Parts 617.95 Labor 244.89 |

| | | | TOTAL PARTS AND LABOR | 542.87 |
|---|---|---|---|---|
| | | | SALES TAX | 17.78 |

ORIGINAL ESTIMATE
ORIGINAL ESTIMATE 81.54
REVISED ESTIMATE 680.85

REVISED ESTIMATE
ADDITIONAL COSTS 499.51
REASON: Front Low B J

FINAL INVOICE

AUTHORIZED BY Graham
DATE 9/16 TIME 45 BY IA CALLED BY 408 295-3874

# WHEEL WORKS

1033 THE ALAMEDA
SAN JOSE, CA 95126

BAR: AF216656
PHONE: (408)1874-3900

EPA: CAL 000222844

Service Estimate
09/21/2006 16:02 017
TRANSACTION #: SE34005668
**Original**
Created from #: 34032492

TOEWS, GRAHAM
893 LENZEN AVE
SAN JOSE, CA 95126
H:(408)295-3874  W:(    )     -
ACCOUNT# 3249255

VEH: 86 NISSAN/DATSUN SENTRA
LICENSE: 3LJT338
MILEAGE: 182569
VIN/STOCK:
PO#:

| QTY | STOCK NUMBER | DESCRIPTION | PARTS | LABOR/OTHER | EXTENSION |
|-----|--------------|-------------|-------|-------------|-----------|
| | | The following parts and/or labor are recommended for the following reason: | | | |
| | | PREVENTIVE MAINTENANCE | | | |
| 3. | OL3799 | R & R FRNT LOWER BALLJOIN | | 95.00 | 285.00 |
| 1. | CAPART | L/F LOWER BALL JOINT | 98.99 | | 98.99 |
| 1. | CAPART | R/F LOWER BALL JOINT | 98.99 | | 98.99 |
| | | Customer Initials: _____ | | | |

RECEIVED JUL 2 5 2007

| | | | Total Parts 197.98 Labor 285.00 | Charge 2 | |

ORIGINAL ESTIMATE

ORIGINAL ESTIMATE 81.54
REVISED ESTIMATE 580.85
AUTHORIZED BY Graham
DATE 9/21/06   CALLED BY RB   IN PERSON PHONE 408-295-3874

REVISED ESTIMATE
ADDITIONAL COSTS 499.31
REASON Front Lower B-Joint

TOTAL PARTS AND LABOR   482.98
SALES TAX   14.33

# WHEEL WORKS

1033 THE ALAMEDA
SAN JOSE, CA 95126
BAR: AF216456
PHONE (408)724-2900

EPA: CAL 000224844
Work Order due 0/00 12:00a
09/21/2006 13:16
TRANSACTION #: WO34033492
**Original**
Created From #: 34031494

TOEUS, GRAHAM
893 LENZEN AVE
SAN JOSE, CA 95186
H: (408)295-3074 W: (    )    -    0
ACCOUNT# 3247252

VEH: 86 NISSAN/DATSUN SENTRA
LICENSE: 3EUT358
MILEAGE: 182569
VIN/STOCK:
PO#:

| QTY | STOCK NUMBER | DESCRIPTION | PARTS | LABOR/OTHER | EXTENSION |
|-----|-------------|-------------|-------|-------------|-----------|
| 1. | CL3999 | CHECK L/F STRUT FOR PROB | | | |
| 1. | CCOMMENTS | Invoice Comments | | | |
| 1. | CLEFT FRONT STRUT BOTTOMS OUT | | | | |
| 1. | CFRONT STRUTS DONE HERE LAST YEAR | | | | |
| 1. | CL3999 | DRAIN & FILL RADIATOR | | 59.89 | 59.89 |
| 1. | CAPART | ANTIFREEZE | 20.00 | | 20.00 |

Wheel Torque_____Ft/Lbs

Tech. #_____  Signature_____

Check Wheel Torque_____Ft/Lbs

Tech. #_____  Signature_____

Sales #_____  Signature_____

Air Pressure  Front_____PSI    Rear____ PSI

Tech. #_____  Signature_____

*Call*

*both inner tie rods worn*
*+*
*lower note mount front worn*
*+*
*both lower ball joint worn*

Total Parts  Total Labor

A B C D    W I
            B O

ORIGINAL ESTIMATE    REVISED ESTIMATE

| | TOTAL PARTS AND LABOR | |
|---|---|---|
| ORIGINAL ESTIMATE | ADDITIONAL COSTS | SALES TAX |
| | | 79.89 |
| REVISED ESTIMATE | REASON | 1.65 |

AUTHORIZED
BY                                  IN PERSON ☐  PHONE ☐
DATE         Time      CALLED BY      PHONE NO.

RECEIVED JUL 2 5 2007

P.O. BOX 1586
ST. PETERS, MO 63376-0028
ADDRESS SERVICE REQUESTED

PERSONAL AND CONFIDENTIAL