DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
AMY MACLEAR (SBN: 215638)
*amaclear@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
CLIENT SERVICES, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GRAHAM TOEWS, | CASE NO. C08 02822 RMW |
| Plaintiff, | **CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-16** |
| vs. | |
| CLIENT SERVICES, INC., a Missouri corporation | |
| Defendant. | Complaint Filed: June 5, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Chubb Group of Insurance Companies as issuer of a policy of insurance to Defendant Client Services, Inc.

Dated: July 17, 2008                                    GORDON & REES LLP

                                                By:  /s/ Amy Maclear
                                                    AMY MACLEAR
                                                    Attorneys for Defendant:
                                                    CLIENT SERVICES, INC.

CG/1052114/5814975v.1

-1-

CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-16                     CASE NO. C08 02822 RMW