Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
GRAHAM TOEWS

*E-FILED - 11/18/08*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GRAHAM TOEWS,<br><br>　　　　　Plaintiff,<br>v.<br><br>CLIENT SERVICES, INC., a Missouri Corporation,<br><br>　　　　　Defendant. | Case No. C08-02822-RMW-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, GRAHAM TOEWS, and Defendant, CLIENT SERVICES, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GRAHAM TOEWS, against Defendant, CLIENT SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  November 6, 2008　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　GRAHAM TOEWS


Dated:  November 6, 2008　　　　　　　　　　/s/ Amy Maclear
　　　　　　　　　　　　　　　　　　　　　　Amy Maclear, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　CLIENT SERVICES, INC.

1  THE FOREGOING STIPULATION
2  IS APPROVED AND IS SO ORDERED.

3  Dated: 11/18/08
4  
   *Ronald M. Whyte*
   The Honorable Ronald M. Whyte
5  Judge of the District Court

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28